# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/2/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III judge - senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Justice Advocacy Africa |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Preg O'Donnell & Gillett - Hourly fee (consulting) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Judicial Institute of Canada | 2/26/18 - 3/2/18 | Victoria, British Columbia, Canada | Faculty member at conference of Canadian judges | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -- Amgen, Inc (AMGN) | A | Int./Div. | K | T | | | | | |
| 3. -- Bank Midwest (CD) | A | Interest | | | Buy | 01/23/18 | K | | |
| 4. | | | | | Redeemed | 09/28/18 | K | A | |
| 5. -- Bank of Baroda (CD) | | | L | T | Open | 11/28/18 | L | | |
| 6. -- Discovery Bank Greenwood (CD) | | | K | T | Open | 11/02/18 | K | | |
| 7. -- Dodge & Cox Income (DODIX) | B | Int./Div. | K | T | | | | | |
| 8. -- Europacific Growth Fund - Amer Funds (AEPFX) | A | Int./Div. | J | T | | | | | |
| 9. -- Exxon/Mobil Corp. (XOM) | A | Int./Div. | J | T | | | | | |
| 10. -- Fifth 3rd Bank Cincinnati (CD) | A | Interest | | | Open | 05/16/18 | L | | |
| 11. | | | | | Redeemed | 11/16/18 | L | | |
| 12. -- FMI Large Cap Fund (FMIHX) | B | Int./Div. | J | T | | | | | |
| 13. -- Guggenheim S&P Mid Cap 400 (EWMC) | A | Int./Div. | | | Closed | 04/09/18 | K | | See notes @ Part VIII |
| 14. -- Harbor Bond Fund (HABDX) | | | | | Sold | 02/07/18 | K | A | See notes @ Part VIII |
| 15. -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | A | Int./Div. | K | T | | | | | |
| 16. -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | C | Int./Div. | K | T | Sold (part) | 07/16/18 | J | B | |
| 17. -- Invesco S&P 500 (EWMC) | A | Int./Div. | K | T | Open | 06/05/18 | K | | See notes @ Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Ishares Tr Russell 1000 ETF (IWM) | A | Int./Div. | J | T | Buy | 07/18/18 | K | | |
| 19. -- Johnson & Johnson (JNJ) | B | Int./Div. | K | T | | | | | |
| 20. -- JP Morgan (JVAIX) | C | Int./Div. | K | T | Sold (part) | 07/16/18 | J | B | |
| 21. -- Metropolitan Funds (MWLIX) | A | Int./Div. | | | Sold | 02/23/18 | J | B | |
| 22. -- Parnassus Core Equity (PRBLX) | C | Int./Div. | K | T | Sold (part) | 07/16/18 | J | B | |
| 23. -- Principal Funds Inc (PCBIX) | C | Int./Div. | K | T | Sold (part) | 02/07/18 | J | B | |
| 24. -- RJ Bank Deposit Program | A | Interest | L | T | | | | | |
| 25. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | D | Int./Div. | L | T | | | | | |
| 26. -- U.S. Treasury Bills | | | N | T | | | | | |
| 27. | | | | | Redeemed | 01/11/18 | M | A | |
| 28. | | | | | Buy | 01/22/18 | L | | |
| 29. | | | | | Redeemed | 01/25/18 | K | A | |
| 30. | | | | | Buy | 02/14/18 | L | | |
| 31. | | | | | Buy | 02/14/18 | L | | |
| 32. | | | | | Buy | 02/23/18 | M | | |
| 33. | | | | | Buy | 02/23/18 | M | | |
| 34. | | | | | Redeemed | 04/12/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed | 04/13/18 | K | A | |
| 36. | | | | | Redeemed | 05/10/18 | M | A | |
| 37. | | | | | Buy | 05/11/18 | K | | |
| 38. | | | | | Buy | 05/23/18 | L | | |
| 39. | | | | | Redeemed | 05/24/18 | L | A | |
| 40. | | | | | Buy | 06/26/18 | K | | |
| 41. | | | | | Buy | 06/26/18 | K | | |
| 42. | | | | | Redeemed | 06/28/18 | L | A | |
| 43. | | | | | Buy | 08/08/18 | M | | |
| 44. | | | | | Buy | 08/08/18 | M | | |
| 45. | | | | | Redeemed | 08/09/18 | N | A | |
| 46. | | | | | Buy | 09/20/18 | K | | |
| 47. | | | | | Redeemed | 09/20/18 | K | A | |
| 48. | | | | | Buy | 10/02/18 | K | | |
| 49. | | | | | Redeemed | 11/01/18 | K | A | |
| 50. | | | | | Buy | 11/16/18 | M | | |
| 51. | | | | | Redeemed | 11/23/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Redeemed | 12/27/18 | K | A | |
| 53. -- Vanguard Dividend Apprec (VIG) | B | Int./Div. | L | T | | | | | |
| 54. -- Vanguard Prime Money Mkt Fund - Inv Cl (VMMXX) | A | Int./Div. | L | T | Buy | 05/23/18 | K | | |
| 55. | | | | | Buy (add'l) | 08/13/18 | K | | |
| 56. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | B | Int./Div. | | | Sold | 02/23/18 | M | A | See notes @ Part VIII |
| 57. -- Wells Fargo & Co. | A | Int./Div. | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. IRA #2 | | | | | | | | | |
| 60. -- Vanguard Emerging Mkts Stk Idx - Adm (VEMAX) | A | Int./Div. | J | T | Open | 12/07/18 | J | | See notes @ Part VIII |
| 61. -- Vanguard Emerging Mkts Stk Idx Inv (VEIEX) | A | Int./Div. | | | Closed | 12/07/18 | J | | See notes @ Part VIII |
| 62. -- Vanguard Inflation- Protected Sec Inv (VIPSX) | A | Int./Div. | J | T | | | | | |
| 63. -- Vanguard International Growth Inv (VWIGX) | A | Int./Div. | K | T | | | | | |
| 64. -- Vanguard Long-Term Invest-Gr Inv (VWESX) | B | Int./Div. | K | T | | | | | . |
| 65. -- Vanguard Mid-Cap Index Fund Adm (VIMAX) | A | Int./Div. | K | T | | | | | . |
| 66. -- Vanguard Prime Money Mkt Fund (VMMXX) | A | Int./Div. | J | T | | | | | |
| 67. -- Vanguard REIT Index Fund Adm (VGSLX) | A | Int./Div. | J | T | | | | | |
| 68. -- Vanguard S-T Investmt- Grade Inv (VFSTX) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Vanguard Small-Cap Index Fund - Adm (VSMAX) | A | Int./Div. | J | T | | | | | |
| 70. -- Vanguard Total Intl Bond Idx Adm (VTABX) | A | Int./Div. | J | T | | | | | |
| 71. -- Vanguard Wellesley Income Fund Inv (VWINX) | B | Int./Div. | K | T | | | | | |
| 72. -- Vanguard Wellington Fund Admiral (VWENX) | C | Int./Div. | K | T | | | | | |
| 73. -- Vanguard 500 Index Fund Adm (VFIAX) | B | Int./Div. | L | T | | | | | |
| 74. | | | | | | | | | |
| 75. 401K | | | | | | | | | |
| 76. -- American Funds Europacific R4 | A | Int./Div. | | | Sold | 01/31/18 | K | B | |
| 77. -- DFA U.S. Large Cap Value | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 78. -- DFA U.S. Small Cap Value | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 79. -- JHancock Displin Val Mid Cap | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 80. -- Morley Stable Value Fund | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 81. -- Oppenheimer Developing Mkts Y | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 82. -- Pimco Real Return Adm | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 83. -- T Rowe Price New American Growth | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 84. -- Vanguard 500 Index Admiral | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 85. -- Vanguard Inter Bond Index Signal | A | Int./Div. | | | Sold | 01/31/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Vanguard Mid Cap Growth Index Admiral | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 87. -- Vanguard Mid Cap Index Admiral | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 88. -- Vanguard Small Cap Growth Index | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 89. -- Vanguard Small Cap Index Admiral | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 90. -- Virtus Real Estate Fund I | A | Int./Div. | | | Sold | 01/31/18 | J | A | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 5/2/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line. 13. Name change to POWERSHARES ETF TR S&P MID CAP 400 on 04/09/18

Line 14. Incorrectly reported as a complete sale in 2017 FDR (amended 2017 FDR has been submitted)

Line 17. Name change from POWERSHARES ETF TR S&P MID CAP 400 on 06/05/18

Line 56. Incorrectly reported as a complete sale in 2017 FDR (amended 2017 FDR has been submitted)

Line 60 Converted from Vanguard Emerging Mkts Stk Idx Inv (VEIEX)

Line 61. Converted to Vanguard Emerging Mkts Stk Idx Adm (VEMAX)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544